

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
280 S. First Street
San Jose, CA 95113-3003
TEL: (408) 535-5200
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

June 22, 2006



FILED
JUL 3 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   Jarreth Solomon
      Docket No.:  CR 06-0373 JSW
      <u>TRAVEL REQUEST</u>

Your Honor:

On April 25, 2005, the offender was sentenced by the Honorable R. Gary Klausner, United States District Judge, Central District of California, to three (3) months BOP custody, three (3) years supervised release, for a violation of the following: Count One: False statement, causing an act to be done, 18 U.S.C. § 1001, 2(b), a Class D felony.  The following special conditions of supervision were ordered: Home confinement with electronic monitoring 3 months; restitution $269,524.12; access to financial information, sign release authorizing credit report inquires, sign release disclosure for federal and state tax returns, not to apply for loan or open new lines of credit without prior permission of the probation officer, maintain one personal checking account, not to transfer, sell, give away any assets with fair market value of over $500.00.  Supervision commenced in the Northern District of California on September 22, 2005.  Jurisdiction was transferred from the Central District of California to the Northern District of California on May 18, 2006.

The offender is employed at Lexar Inc., as an Electrical Engineer.  He is required to travel internationally to attend sales meetings. Mr. Solomon was asked by his employer to travel to Cancun Mexico from June 26, 2006, to June 30, 2006.  He was also asked to attend a sales meeting in Seoul, Korea from July 23, 2006, to July 28, 2006.

The offender has a minimal prior criminal history.  He has been in compliance with the terms and conditions of his supervision since his release.  He has strong family ties in the Bay Area and does not appear to be a flight risk.   The offender made a lump sum payment of $10,000 towards restitution and has made regular monthly payments of $250.00 as directed by the court. His current balance is $258,024.12.

The undersigned recommends that travel be approved.  It is respectfully requested that the court give the probation office discretion to approve any future international travel.

NDC-SUPV-049 11/14/05

Jarreth Solomon ,                                                          Page 2
CR 06-0373 JSW

Respectfully submitted,                    Reviewed by:

_Jane Zhuang /pch/_                        _Susan Portillo /osm/_
_____                      _____
Janie Zhuang                               Susan Portillo
U.S. Probation Officer                     Supervisory U.S. Probation Officer

Travel to Mexico and Korea is:

☐  Approved
☐  Denied
☐  Other

Approval for future international travel may be authorized by the U.S. Probation officer:

☑  Approved
☐  Denied
☐  Other

_June 23, 2006_
_____
Date

_Jeffrey White_
_____
Jeffrey S. White
United States District Judge